UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**MIGUEL MEDINA,**

                                **Plaintiff,**

    v.                                            9:16-CV-1284
                                                      (TJM/DEP)

**SGT. SHEEHAN, Albany County
Correctional Facility; and JANE
DOE, Nurse II,**

                                **Defendants.**
_____

**Thomas J. McAvoy, S.U.S.D.J.:**

## DECISION & ORDER

      This action, brought pursuant to 42 U.S.C. § 1983, was referred by the Court to the Honorable David E. Peebles, Chief United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

      Magistrate Judge Peebles' Report-Recommendation, issued March 23, 2018, recommends dismissal of all Plaintiff's claims against the Doe defendant be dismissed and that the Doe defendant be terminated from the action. See dkt. # 35. No objections to the Report-Recommendation have been filed. After examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. The Court therefore accepts and adopts the Report-Recommendation for the reasons stated therein.

      As such, the Court ACCEPTS and ADOPTS the Report-Recommendation of Magistrate Judge Peebles, dkt. # 35. Plaintiff's claims against the Doe defendant are

1

hereby DISMISSED. The Clerk of the Court is DIRECTED to TERMINATE Defendant Jane Doe (Nurse II) from the action.

_____
Thomas J. McAvoy
Senior, U.S. District Judge

**IT IS SO ORDERED**.

Dated: May 31, 2018